FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 10, 2022

No. 04-20-00089-CV

**VERMILLION FC, LP**,
Appellant

v.

**1776 ENERGY PARTNERS**,
Appellee

From the 293rd Judicial District Court, Zavala County, Texas
Trial Court No. 16-10-13812-ZCV
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant Vermillion FC, LP filed a motion for correction of the judgment and memorandum opinion nunc pro tunc to include an omitted party on December 3, 2021. Appellee 1776 Partners, LLC filed a response on December 13, 2021, and Appellant filed a reply on December 29, 2021. Appellant's motion is **DENIED**. *See Cohen v. Midtown Mgmt. Dist.*, 490 S.W.3d 624 (Tex. App.—Houston [1st Dist.] 2016, no pet.); *LaGoye v. Victoria Wood Condo. Ass'n*, 112 S.W.3d 777, 784 (Tex. App.—Houston [14th Dist.] 2003, no pet.).

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of January, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court